FILED by CF D.C.
ELECTRONIC

FEB. 23, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **10-20098-CR-MORENO/TORRES**

8 U.S.C. § 1326(a) and (b)(2)

UNITED STATES OF AMERICA

vs.

SANTOS RONAL RODRIGUEZ PORTILLO,
a/k/a "Santos Ronal Rodriguez,"
a/k/a "Santos Ronald Rodriguez,"
a/k/a "Guilfredo Portillo,"

       Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about April 1, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SANTOS RONAL RODRIGUEZ PORTILLO,**
a/k/a "Santos Ronal Rodriguez,"
a/k/a "Santos Ronald Rodriguez,"
a/k/a "Guilfredo Portillo,"

an alien, having previously been removed and deported from the United States on or about February 12, 2007, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's

reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

FOR: JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

NINA A. VIVENZIO
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES OF AMERICA

vs.

SANTOS RONAL RODRIGUEZ PORTILLO,
a/k/a "Santos Ronal Rodriguez,"
a/k/a "Santos Ronald Rodriguez,"
a/k/a "Guilfredo Portillo,"

**Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)             Yes ____    No ____
Number of New Defendants     ____
Total number of counts       ____

**Court Division:** (Select One)
- _x_ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes
   List language and/or dialect     Spanish

4. This case will take    2-3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       _x_
   - II   6 to 10 days      ___
   - III  11 to 20 days     ___
   - IV   21 to 60 days     ___
   - V    61 days and over  ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   _x_

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _x_ No

_____
NINA A. VIVENZIO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0190942

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SANTOS RONAL RODRIGUEZ PORTILLO a/k/a "Santos Ronal Rodriguez," a/k/a "Santos Ronald Rodriguez," a/ka/ "Guilfredo Portillo,"

**Case No:** _____

Count #:1

Re-entry After Deportation

Title 8, United States Code, Section 1326(a) and (b)(2)

*Max. Penalty: 20 Years' Imprisonment

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.